IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE STEWART, *et al.*, | No. C-04-2659 MEJ |
| Plaintiffs, | ORDER CONTINUING SEPTEMBER 22, 2005, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT HEARING TO **OCTOBER 13, 2005.** |
| vs. | |
| JOHN E. POTTER, *et al.*, | |
| Defendants. | |

    As the Court is unavailable on September 22, 2005, and September 29, 2005, Defendant's motion for summary judgment is hereby CONTINUED to October 13, 2005, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco.

    IT IS SO ORDERED.

Dated: September 13, 2005

MARIA-ELENA JAMES
United States Magistrate Judge