1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6996
7     FAX: (415) 436-6748

8  Attorneys for Defendants

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  ELAINE STEWART, et al.,            )    No. C 04-2659 MEJ (EMC)
                                       )
14         Plaintiffs,                 )    **STIPULATION REQUESTING**
                                       )    **CONTINUANCE OF SETTLEMENT**
15  v.                                 )    **CONFERENCE AND [~~PROPOSED~~]**
                                       )    **ORDER**
16  JOHN E. POTTER, Postmaster General,)
    United States Postal Service,      )
17                                     )
           Defendant.                  )
18  _____)

19      IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-2, by and between the parties hereto,

20  through their undersigned counsel, that the settlement conference, currently scheduled for

21  October 3, 2005 at 10:00 a.m., be continued until a mutually convenient date in December 2005.

22      The parties's stipulated request is based on the following:

23      1.  On May 10, 2005, the Court (Hon. Edward M. Chen) issued a Notice of Settlement

24  Conference and Settlement Conference Order scheduling a settlement conference in the above-

25  captioned action for October 7, 2005.

26      2.  On August 24, 2005, the Court issued a Clerk's Notice rescheduling the settlement

27  conference to October 3, 2005.  Unfortunately, the undersigned counsel for defendant

28  inadvertently failed to calendar the new date.  Counsel for defendant is scheduled to be in New

    STIPULATION REQUESTING CONTINUANCE OF SETTLEMENT CONFERENCE
    No. C 04-2659 MEJ (EMC)

1   York on October 3 for the observance of the Jewish holiday of Rosh Hashanah.  Counsel
2   purchased non-refundable airline tickets for this trip on August 4, 2005.

3       3.  On August 19, 2005, defendant filed a motion for summary judgment, noticing the motion
4   to be heard on September 22, 2005.  On September 13, 2005, the Court (Hon. Maria-Elena
5   James) issued an order continuing the motion for summary judgment from September 22, 2005
6   to October 13, 2005.

7       4.  The parties respectfully request that the Court reschedule the settlement conference from
8   October 3, 2005 to a mutually convenient date in December 2005.  This will accommodate
9   counsel's schedule, as well as give the parties the benefit of having the Court's decision on
10  defendant's motion for summary judgment.

11  DATED: September 20,2005                      KEVIN V. RYAN
                                                  United States Attorney
12

13                                                _____/s/_____
14                                                STEVEN J. SALTIEL
                                                  Assistant United States Attorney
15

16
    DATED: September 20, 2005                     LAW OFFICES OF BRIAN K. ROSS
17

18
                                                  _____/s/_____
19                                                BRIAN K. ROSS
                                                  Attorney for Plaintiffs
20

21                              **ORDER**

22
            PURSUANT TO STIPULATION, and for good cause shown, the settlement conference
23                                                          at 11:00 a.m.
    is hereby continued from October 3, 2005 to December 13 , 2005.  Settlement Conference
24
    statements shall be lodged by November 29, 2005
25

26                                                _____
27                                                HON. EDWARD M. CHEN
                                                  United States Magistrate Judge

28  DATED:  September 22, 2005

    STIPULATION REQUESTING CONTINUANCE OF SETTLEMENT CONFERENCE
    No. C 04-2659 MEJ (EMC)              2