IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE STEWART, *et al.*, | No. C-04-2659 MEJ |
| Plaintiffs, | **ENTRY OF JUDGMENT** |
| vs. | **ORDER FOR CLERK OF COURT TO CLOSE FILE** |
| JOHN E. POTTER, *et al.*, | |
| Defendants. | |

On December 8, 2005, the Court granted summary judgment in favor of Defendants in the above captioned matter. Accordingly, pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 8, 2005

MARIA-ELENA JAMES
United States Magistrate Judge